IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCOTT BALFOUR, DON LEE, KULDEEP SINGH, MATTHEW TEMPLON, and SHELIA VOORHEIS individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>iFIT HEALTH AND FITNESS, INC., a Delaware Corporation,<br><br>          Defendant. | No. 1:23-cv-00067-CFC |

## JOINT STIPULATION AND [PROPOSED] ORDER STAYING CASE FOR 120 DAYS

It is hereby stipulated and agreed by and between the undersigned attorneys for Plaintiffs Scott Balfour, Don Lee, Kuldeep Singh, Matthew Templon, and Sheila Voorheis ("Plaintiffs") and the undersigned attorneys for Defendant iFIT Health and Fitness Inc. ("Defendant" and together with Plaintiffs, the "Parties"), subject to the approval of the Court, that all proceedings and deadlines in this case be stayed for 120 days. The Parties, by and through their counsel of record, hereby stipulate as follows:

1. The parties jointly seek a stay pursuant to this Court's inherent power, to preserve the Court's and the Parties' resources, including attorneys' fees and costs.

2. The parties agree that this Court's "power to stay proceedings is incidental to its inherent power to control the disposition of cases on its docket." *Hartford Fire Ins. Co. v. Encore Mktg. Int'l, Inc.*, No. CIV. 10-620-SLR, 2011 WL 766587, at *3 (D. Del. Feb. 24, 2011).

3. Plaintiffs filed a class action complaint on January 20, 2023. D.I. 1.

4. Defendant's response to Plaintiffs' complaint is not due under the present schedule until March 28, 2023. D.I. 5.

5. The parties agree that, by entering this stipulation, Defendants do not make a general appearance, but make only a limited or special appearance for the sole purpose of this stipulation. The parties further agree that, by entering this stipulation, Defendants do not waive any rights, claims, demands, arguments or defenses, including but not limited to the right to seek to compel arbitration, dismissal, or other enforcement of its *Terms of Use*, and that Plaintiffs reserve their right to oppose any such demands, argument, defenses and/or motions on any and all available grounds.

6. The parties therefore hereby stipulate that all proceedings and deadlines in this case be stayed for 120 days and that, as a first example, Defendants' response to Plaintiffs' complaint will not be due until July 28, 2023. This time will allow the parties to explore alternative avenues in hopes of resolving this case

DATED: February 24, 2023                    Respectfully submitted,

By: */s/ Christopher Viceconte*              By: */s/ Ian Connor Bifferato*
   Christopher Viceconte                        Ian Connor Bifferato (DE Bar No. 3273)
   Jennifer M. Rutter                           **THE BIFFERATO FIRM**
   **GIBBONS P.C.**                             1007 N Orange Street, 4th Floor
   300 Delaware Avenue, Suite 1050              Wilmington, DE 19801
   Wilmington, DE 19801                         Telephone: (302) 429-0907
   Phone: 302-518-6322                          cbifferato@tbf.legal
   Fax: 302-397-2050
   cviceconte@gibbonslaw.com                    Daniel O. Herrera
                                                Edward Khatskin
   Terry E. Welch                               **CAFFERTY CLOBES MERIWETHER**
   Robert S. Clark                              **   & SPRENGEL LLP**
   Bryan S. Johansen                            150 S. Wacker Dr., Suite 3000
   **PARR BROWN GEE &**                         Chicago, Illinois 60606
   **LOVELESS LLP**                             Phone: (312) 782-4880
   101 South 200 East, Suite 700                Facsimile: (312) 782-4485
   Salt Lake City, Utah 84111                   dherrera@caffertyclobes.com
   (801) 532-7840                               ekhatskin@caffertyclobes.com

2

twelch@parrbrown.com
rclark@parrbrown.com
bjohansen@parrbrown.com

*Attorneys for Defendant*

Joseph G. Sauder
Mark B. DeSanto
**SAUDER SCHELKOPF LLC**
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (888) 711-9975
Facsimile: (610) 421-1326
jgs@sstriallawyers.com
mbd@sstriallawyers.com

*Attorneys for Plaintiffs*