IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCOTT BALFOUR, DON LEE, KULDEEP SINGH, MATTHEW TEMPLON, and SHELIA VORHEIS,<br><br>Plaintiffs,<br><br>v.<br><br>iFIT HEALTH AND FITNESS INC, a Delaware Corporation,<br><br>Defendant. | Case No. 23-cv-67-CFC |

**UNOPPOSED MOTION FOR FINAL APPROVAL OF**
**THE CLASS ACTION SETTLEMENT**

Plaintiffs, by and through their counsel, hereby move for the entry of an order granting final approval of a proposed class action settlement. In support of this motion, Plaintiffs submit the accompanying brief, the Joint Declaration of Daniel O. Herrera and Joseph G. Sauder and the accompanying exhibit, the Declaration of Cameron R. Azari, *Esq.*, and the enclosed proposed order.

Dated: October 24, 2024

Respectfully submitted,

**FARNAN LLP**

/s/ *Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801

(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Daniel O. Herrera
Alex Lee
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
1350 S. LaSalle St., Suite 3200
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
dherrera@caffertyclobes.com
alee@caffertyclobes.com

Joseph G. Sauder
Joseph B. Kenney
**SAUDER SCHELKOPF LLC**
1109 Lancaster Avenue
Berwyn, Pennsylvania 19312
Telephone: (610) 200-0581
Facsimile: (610) 421-1326
jgs@sstriallawyers.com
jbk@sstriallawyers.com
Attorneys for Plaintiffs

*Attorneys for Plaintiffs*